UNITED STATES of America,
Plaintiff-Appellee,

v.

Shaun W. BRIDGES, a.k.a. Number13,
Defendant-Appellant.

No. 15-10590

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2017 *

Filed April 11, 2017

Merry Jean Chan, Esquire, J. Douglas Wilson, Assistant U.S. Attorney, DOJ-USAO, San Francisco, CA, for Plaintiff-Appellee

Before: HUG, FARRIS, and CANBY, Circuit Judges.

## MEMORANDUM **

Shaun W. Bridges appeals from the district court's judgment and challenges his

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

71-month sentence for money laundering, in violation of 18 U.S.C. § 1957, and obstruction of justice, in violation of 18 U.S.C. § 1512. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bridges's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Bridges has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.